**Order entered March 2, 2020**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-19-01214-CV

**LORIANNE JENAE WOLF, Appellant**

**V.**

**JOHN ROBERT NYGARD, Appellee**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-16-0756**

### ORDER

Before the Court is appellant's February 27, 2020 unopposed motion requesting an abatement or a third extension of time to file her brief on the merits. The parties have scheduled a court-ordered mediation for April 13, 2020. We **GRANT** the motion to the extent that we extend the time for appellant to file her brief to **April 28, 2020**. We caution appellant that further extension requests will be disfavored.

/s/    KEN MOLBERG
       JUSTICE